IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY POWELL, | No. C 09-01716 CW |
|     Plaintiff, | ORDER REFERRING APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR TO MAGISTRATE JUDGE |
|   v. | |
| ELIJAH ELECTRIC, INC., | |
|     Defendant. / | |

    Plaintiff's Application and Order for Appearance and Examination of Judgment Debtor filed on February 5, 2010, is hereby referred to the Honorable Joseph C. Spero, United States Magistrate Judge for handling. Counsel will be advised of the date, time and place of such proceedings by notice from the assigned Magistrate Judge.

    IT IS SO ORDERED.

Dated: 5/6/2010

                                              CLAUDIA WILKEN
                                              United States District Judge

cc: Wings, JCS, KH